**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GEORGE HOLLOWAY,** | : | |
| **Plaintiff,** | : | **CASE NO. 1:23-CV-02405** |
| **v.** | : | **JUDGE CHARLES E. FLEMING** |
| **OHIO DEPARTMENT OF TRANSPORTATION,** | : | **MAGISTRATE JUDGE JAMES E. GRIMES, JR.** |
| | : | |
| **Defendant.** | | |

**NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR DEFENDANT**

Please take notice that Principal Assistant Attorney General Wendy K. Clary is substituted for Senior Assistant Attorney General In Son J. Loving as lead counsel for Defendant, Ohio Department of Transportation in the above-referenced action. Ms. Loving will undergo a change in employment status that renders her ineligible to continue representing Defendant in this action. This substitution is made with the knowledge of the Defendant, all counsel including the substituting attorney and any unrepresented parties. Assistant Attorney General Lorenzo Washington will remain as co-counsel for the Defendant. Please address all pleadings, correspondence, or other documents in this matter to the undersigned.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

***s/ Wendy K. Clary***

WENDY K. CLARY (0077775)
*Lead Counsel*
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 - Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Notice of Substitution of Lead Counsel for Defendant* was filed electronically on December 2, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Wendy K. Clary***

WENDY K. CLARY (0077775)
*Lead Counsel*
Principal Assistant Attorney General